# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANKO SHIPPING, USA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ALCOA, INC., et al. | ) 1:14 CV-01301 |
| | ) |
| Defendants. | ) |

## PRAECIPE

**THE CLERK OF COURT** will please substitute the attached corrected Amended Complaint which simply makes only technical edits, for the Amended Complaint, filed August 12, 2014.

**Dated:** September 24, 2014

    Respectfully submitted,

    **DONALD M. TEMPLE, P.C.**

    *Donald M. Temple,*
    Donald M. Temple, Esq.
    1101 15th Street, N.W. Suite 203
    Washington, DC 20005
    dtemplelaw@gmail.com
    202-628-1101