**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NANKO SHIPPING, USA,** ) | |
| **NANKO SHIPPING GUINÉE, and** ) | |
| **MORI DIANÉ,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:14-cv-01301-RMC |
| ) | |
| **ALCOA, INC., and** ) | |
| **ALCOA WORLD ALUMINA, LLC** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PRAECIPE**

Attached please find Exhibit 1 in support of Plaintiff's Opposition to Defendants' Motion to Dismiss, which was filed on September 25, 2014.

Respectfully submitted,

**DONALD M. TEMPLE, P.C.**

*Donald M. Temple*
Donald M. Temple, Esq.
1101 15th Street, N.W. Suite 203
Washington, DC 20005
202-628-1101
dtemplelaw@gmail.com