# EXHIBIT 1

Initial File #: C0000001292

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
### CORPORATIONS DIVISION



# CERTIFICATE

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia Business Organizations Code have been complied with and accordingly, this *CERTIFICATE OF REINSTATEMENT* is hereby issued to:

NANKO SHIPPING USA, Inc.

**Effective Date:** 9/11/2014

**IN WITNESS WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed as of 9/11/2014 12:41 PM

Business and Professional Licensing Administration

*Patricia E. Grays*

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Vincent C. Gray
Mayor

Tracking #: NflieMGt