UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NANKO SHIPPING, USA,** *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 1:14-cv-01301-RMC |
| **ALCOA, INC.** *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Nanko Shipping, USA, *et al.*, hereby appeals to the Court of Appeals for the United States District Court for the District of Columbia from an order dated June 5, 2105, granting Defendants' Motion to Dismiss.

          Respectfully submitted,
          DONALD M. TEMPLE, P.C.

By: *Donald M. Temple*
     Donald M. Temple, Esq. [408749]
     1101 15th Street, NW, Suite 203
     Washington, D.C. 20005
     (202) 628-1101
     (202)628-1149 fax
     dtemplelaw@gmail.com
     **Attorney for Plaintiffs**